UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION III COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2011-GC3,<br><br>                                    Plaintiff,<br><br>-against-<br><br>GTA REALTY II, LLC, NANCY LAUNI and ROCCO LAUNI,<br><br>                                    Defendants. | Case: 14-CV-3508 (TPG) (MHD)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/5/14 |

## ORDER TO SHOW CAUSE FOR A SHORTENED NOTICE PERIOD TO MOVE TO HAVE A RECEIVER APPOINTED

**UPON READING AND FILING** the Declaration of Jason A. Nagi Supporting Emergency Relief, sworn to June 3, 2014, the Declaration of Harvey Lederman, dated June 3, 2014, the exhibits attached thereto, and the Memorandum of Law, and upon all papers and proceedings heretofore had herein,

Let the **DEFENDANTS SHOW CAUSE**, before the Honorable Gardephe (Part I), Courtroom 705, at United States District Court, Foley Square, New York, New York, 10004, on the 19 day of June, 2014, at 2:45 p.m., or as soon thereafter as counsel may be heard, why an Order should not be made and entered herein: authorizing a receiver to be appointed with respect to real property with an address of 287 Bleecker Street, New York, New York and 184 Prince Street, New York, New York in accordance with the terms of the proposed order; and for such other relief that is just, and

**SUFFICIENT CAUSE BEING ALLEGED THEREFOR,** it is hereby

**ORDERED** that personal service of a copy of this order to show cause, together with all other papers upon which it is granted, upon the Defendants' at the store on the ground floor of 287 Bleecker Street, New York, New York, on or before June __6__ , 2014, shall be deemed good and sufficient service thereof; and it is further,

**ORDERED** that opposing papers, if any, are to be served by ECF upon Counsel for Plaintiff, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, New York 10022, attention Jason A. Nagi, so as to be received by Noon on the __13__ day of June, 2014, and it is further

**ORDERED** that all reply papers, if any, shall be served upon Defendants so as to be received not later than __12__ p.m. on the __17__ day of June, 2014, or by ECF if Defendants have retained counsel.

The Honorable Thomas P. Griesa
United States District Court
Southern District of New York

6/5/14