LAW OFFICES OF

*Bruce A. Feldman*

|  |  |  |
|---|---|---|
| 1000 Route 9 North, Suite 204<br>Woodbridge, NJ 07095<br>Tel. (732) 636-4200 | 305 Broadway, 14th Floor<br>New York, NY 10007<br>Tel (212) 897-5808<br>Fax (212) 897-5837<br>Cell (201) 248-1986 | P.O. Box 945<br>1624 Center Avenue<br>Fort Lee, New Jersey 07024 |

Of Counsel:
Victor A. Deutch

Member of New York and New Jersey Bar
brucef@baflaw.com

REPLY TO: ☒ NY ☐ Woodbridge ☐ Fort Lee

October 2, 2014

Hon. Thomas P. Griesa, United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE:** **U.S. Bank National Association, as Trustee for the Registered Holders Of GS Mortgage Securities Corporation III Commercial Mortgage Pass-Through Certificates, Series 2011-GC3 vs. GTA Realty II, LLC, Nancy Launi And Rocco Launi,**
**DOCKET No.** : **14-CV-3508 (TPG) (MHD)**
**OUR FILE NO.** : **577-001 (BAF)**

Your Honor:

    I represent the Defendants in the above referenced matter. I am writing and applying to the Court for an extension of time to oppose Plaintiff's motion for summary judgment filed on September 22, 2014. We request that a Conference be scheduled so that a Motion schedule can be set in light of the requirement that the undersigned be relieved as counsel for the Defendants.

    I conferred with Plaintiff's counsel yesterday and they do not consent to an extension. We requested a two week extension of time to oppose the Motion due to our requirement to withdraw or be substituted. We are informed that the Defendants' believe and I agree that there is a breakdown in the attorney-client relationship which requires that I be substituted or apply to this Court to be relieved as counsel. I am informed that the Defendants are engaging new bankruptcy counsel and will be filing Chapter 11 reorganization to the Southern District of New York very shortly. I have spoken with potential incoming bankruptcy counsel and they are anticipating handling the filing but are yet to be retained. The present deadline to file the opposition is October 6, 2014 and we are requesting an extension of least two weeks to October 20, 2014, however the Court may advise or require a different timetable.

    The Plaintiff is presently accruing default interest and has a Receiver in place, therefore this extension will not materially prejudice the Plaintiff. It is undisputed that the equity in the real estate, the estate of the Defendant, greatly exceeds the amount of the Loan sought to be foreclosed including all interest, penalties and attorney's fees. We note that there has been no discovery in this matter and no scheduling or motion conference held.

Hon. Thomas P. Griesa, United States District Judge
Docket No. 1-14-0358-TPG
Our File No.: 577-001 (BAF)
Page 2

      In the alternative, I request an extension of three to five days so that I may file an application with the Court to be relieved as counsel and extend the date for papers for that period of time staying the proceeding pending my application, unless a bankruptcy filing is done in the interim. I am most reluctant to memorialize my grounds for withdrawal in this application or in a future application but I cannot proceed as counsel, unless given no alternative.

      A copy of this letter is being served via email on Plaintiff's counsel.

Very truly yours,

Bruce A. Feldman

cc: Jason Nagi, Esq., attorney for plaintiff (via email)